In re **Gary J Lucia**

Debtor(s)

Case No. _____

Chapter **13**

# CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of **1** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: **June 1, 2015**

**/s/ Andrea E. Michaelsen**
Signature of Attorney
**Andrea E. Michaelsen 250826**
**Bankruptcy Law Center of N. Ca.**
**2200 Range Ave, Suite 209**
**Santa Rosa, CA 95403**
**707-546-5800   Fax: 707-546-5806**

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Chase
Po Box 15298
Wilmington, DE 19850


Fia Csna/Bank of America
Attn: Bankruptcy
Po Box 15021
Wilmington, DE 19850


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Midland Funding LLC
10601-G Tierrasanta Blvd # 4540
San Diego, CA 92124


Tnb-Visa  (TV) / Target
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440