## United States Bankruptcy Court
### Northern District of California

In re **Gary J Lucia**  
Debtor(s)

Case No.  
Chapter **13**

## STATEMENT RE PAYMENT ADVICES

☐ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

■ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **June 1, 2015**     Signature **/s/ Gary J Lucia**  
**Gary J Lucia**  
Debtor

Date **June 1, 2015**     Signature **/s/ Andrea E. Michaelsen**  
**Andrea E. Michaelsen 250826**  
Attorney